# ARMED SERVICES BOARD OF CONTRACT APPEALS

| | |
|---|---|
| Appeal of -- ) | |
| ) | |
| Jeanne Alexander ) | ASBCA No. 59766 |
| ) | |
| Under Contract No. DACA63-5-11-0046 ) | |

APPEARANCE FOR THE APPELLANT:    Ms. Jeanne Alexander

APPEARANCES FOR THE GOVERNMENT:    Thomas H. Gourlay, Jr., Esq.
    Engineer Chief Trial Attorney
    Arthur B. Archambeau, Esq.
    Engineer Trial Attorney
    U.S. Army Engineer District, Fort Worth

## ORDER OF DISMISSAL

The dispute has been settled. The appeal is dismissed with prejudice.

Dated:  26 March 2015

MARK N. STEMPLER
Administrative Judge
Acting Chairman
Armed Services Board
of Contract Appeals

I certify that the foregoing is a true copy of the Order of Dismissal of the Armed Services Board of Contract Appeals in ASBCA No. 59766, Appeal of Jeanne Alexander, rendered in conformance with the Board's Charter.

Dated:

JEFFREY D. GARDIN
Recorder, Armed Services
Board of Contract Appeals